In Re: _____ Vo, Nelson _____     8:10-bk-26258-TA
                        **Debtor**                                          (if known)

# AMENDED
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Accounting | |
| Name of Employer | N.V. Accounting Inc. | |
| How Long Employed | 8 years | |
| Address of Employer | 15766 Gate Way Cir. Tustin, CA. 92780 | |

**Income:** (Estimate of average monthly income)

| | | Debtor | Spouse |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 4613.00 | $ |
| 2. | Estimated monthly overtime | $ | $ |
| 3. | SUBTOTAL | $ 4,613.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ | $ |
| | b. Insurance | $ | $ |
| | c. Union dues | $ | $ |
| | d. Other (Specify): | $ | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 4,613.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or firm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or other government assistance (Specify): | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income Specify: | $ | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,613.00 | $ 0.00 |
| 16. | TOTAL COMBINED MONTHLY INCOME | $ 4,613.00 | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Number of business clients are expected to increase within the next 12 months as positive change in economic forecast.