GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:

NELSON VO,

Debtor

Case No. 10-26258-TA

Chapter 13

**NOTICE OF CONTINUED CHAPTER 13 CONFIRMATION HEARING**

DATE: April 20, 2011
TIME: 2:00 P.M.
PLACE: United States Bankruptcy Court
411 W. 4th Street
Courtroom 5 B, 5th Floor
Santa Ana, CA 92701

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Debtor's Chapter 13 Confirmation Hearing has been continued to April 20, 2011 at 2:00 p.m., in Courtroom 5 B, located at 411 W. Fourth Street, Santa Ana, CA 92701.

///

///

///

Respectfully submitted.

Dated: March 18, 2011

**GLOBAL CAPITAL LAW**

_/s/ Gary Harre ______________________________
Gary Harre, Esq.
Diane Beall, Esq.
Attorneys for Debtor NELSON VO

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Notice of Continued Chapter 13 Confirmation Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 18, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR) efile@ch13ac.com
- Gary L Harre ghcmecf@gmail.com
- Steven M Lawrence generalmailaswlawoffice.com@alvaradoca.com, ebarajas@alvaradoca.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Service information continued**

**American Honda Finance Corporation**
POB 168088
Irving TX 75016-8088

**Argent Mortgage Company LLC**
2603 Main St 10th Fl
Irvine CA 92614

**BANK OF AMERICA**
4161 PIEDMONT PKWY
GREENSBORO NC 27410-8110

**CHASE**
11200 W PARKLAND AVE
PO BOX 3139
MILWAUKEE WI 53201-3139

**CHASE HOME FINANCE LLC**
PO BOX 24696
COLUMBUS OH 43224-0696

**CHASE HOME FINANCE, LLC**
Payment Department OH4-7142
3415 Vision Drive
Columbus, OH 43219

**FIA Card Services, NA As Successor In Interest to**
Bank of America NA and MBNA America Bank
1000 Samoset Drive, DE5-023-03-03
Newark, DE 19713

**Midland Credit Management, Inc.**
8875 Aero Drive, Suite 200
San Diego, CA 92123